UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RANDY JOHNSON,

    Plaintiff,

    v.

JAMES COX et al.,

    Defendants.

2:14-cv-1326-JCM-NJK

**ORDER**

### I. DISCUSSION

On August 13, 2014, Plaintiff, a prisoner in the custody of the Nevada Department of Corrections ("NDOC"), submitted an application to proceed *in forma pauperis*, a 42 U.S.C. § 1983 civil rights complaint, and a motion for appointment of counsel. (ECF No. 1, 1-1, 2). The Court has not yet screened the complaint pursuant to 28 U.S.C. § 1915A.

On September 10, 2014, Plaintiff filed a motion for leave to file an amended complaint, but did not attach the proposed complaint. (ECF No. 3). The Court grants Plaintiff's motion for leave to file an amended complaint. Plaintiff shall file his amended complaint within 30 days of the date of this order.

### II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for leave to file an amended complaint (ECF No. 3) is granted. Plaintiff shall file his amended complaint within 30 days of the date of this order.

DATED: This 11th day of September, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge