UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RANDY JOHNSON,<br><br>               Plaintiff(s),<br><br>vs.<br><br>JAMES COX, et al.,<br><br>               Defendant(s). | Case No. 2:14-cv-01326-JCM-NJK<br><br>ORDER GRANTING MOTION FOR LEAVE TO CORRECT AND DENYING MOTION FOR ACCEPTANCE OF SERVICE<br><br>(Docket No. 17) |

       Pending before the Court is Plaintiff's motion to correct the amended complaint. Docket No. 17. In particular, Plaintiff seeks to correct the complaint such that references to "Isidro Baca" are changed to "James Baca" and that references to "B. Donae" are changed to "Bill Donat." *See id.* at 2. Defendants do not oppose that aspect of the pending motion. Docket No. 20 at 2. Accordingly, the motion to correct is hereby **GRANTED**. Pursuant to Local Rule 15-1(a), no later than August 10, 2015, Plaintiff shall file a second amended complaint correcting those two names but otherwise making no additional changes.

       Plaintiff also requests that the Attorney General's Office accept service on behalf of Defendants Baca and Donat. *See* Docket No. 17 at 2. Defendants assert that it is not possible for them to accept service because neither Defendants Baca nor Donat are currently employed with the Nevada Department of Corrections. *See* Docket No. 20 at 2. Accordingly, Plaintiff's request that the Attorney General's Office accept service is hereby **DENIED**. No later than July 27, 2015, the Attorney General's Office shall file, *under seal* and without serving Plaintiff, the last known addresses of Defendants Baca and

Donat.  Plaintiff shall then file a motion identifying these two unserved Defendants, requesting issuance of a summons, and specifying a full name and address for these Defendants.

IT IS SO ORDERED.

DATED: July 20, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge