1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

| | | |
|---|---|---|
| RANDY JOHNSON, | ) | Case No. 2:14-cv-01326-JCM-NJK |
| Plaintiff(s), | ) | ORDER |
| vs. | ) | |
| JAMES COX, et al., | ) | |
| Defendant(s). | ) | |

11
12
13
14
15
16      Pending before the Court is a motion filed by Plaintiff on August 12, 2015.  Docket No. 24.

17  Defendants are hereby **ORDERED** to file a response no later than September 4, 2015.

18      IT IS SO ORDERED.

19      DATED: September 1, 2015

20
21  _____
    NANCY J. KOPPE
22  United States Magistrate Judge
23
24
25
26
27
28