UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| RANDY JOHNSON, | ) | Case No. 2:14-cv-01326-JCM-NJK |
| Plaintiff(s), | ) ) | ORDER |
| vs. | ) ) | |
| JAMES COX, et al., | ) ) | |
| Defendant(s). | ) ) | |

On July 20, 2015, the Court granted Plaintiff's motion to correct the complaint such that references to "Isidro Baca" are changed to "James Baca" and that references to "B. Donae" are changed to "Bill Donat." *See* Docket No. 21. The Court ordered Plaintiff to file a second amended complaint correcting those two names but otherwise making no additional changes. *Id.* Plaintiff has now filed a second amended complaint, Docket No. 23, which does not comply with the Court's order. The Court again **ORDERS** Plaintiff to file a second amended complaint <u>correcting those two names but otherwise making no additional changes</u>. Hence, the second amended complaint must be identical to the amended complaint except for the corrections to those two names. The second amended complaint must also be complete in itself, and should not refer back to any previous complaints or otherwise fail to properly plead each claim that is before the Court.

Plaintiff shall file a second amended complaint that complies with the Court's order no later than October 9, 2015. Failure to file a proper second amended complaint by that date may result in the Court ordering the case to proceed under the previously-screened amended complaint.

In light of the above, the Court **DEFERS** ruling on Plaintiff's motion regarding service on Defendants Baca and Donat.  *See* Docket No. 24.

IT IS SO ORDERED.

DATED: September 8, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge