# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RANDY JOHNSON,

    Plaintiff(s),

vs.

JAMES COX, et al.,

    Defendant(s).

Case No. 2:14-cv-01326-JCM-NJK

ORDER

(Docket No. 24)

Pending before the Court is Plaintiff's motion to identify James Baca and Bill Donat, requesting issuance of summons and the full address of these Defendants. Docket No. 24. The Attorney General's Office did not accept service on behalf of James Baca and Bill Donat, and does not oppose the issuance of summonses for them. Docket No. 29. The Attorney General's Office previously submitted their last known addresses under seal. Docket No. 22. Moreover, Plaintiff has now filed a second amended complaint that includes the names of James Baca and Bill Donat as Defendants. Docket No. 40.

The Court hereby **GRANTS** the motion as follows:

- **IT IS ORDERED** that the U.S. Marshal shall serve Defendants Baca and Donat.
- **IT IS FURTHER ORDERED** that the Clerk of the Court shall provide Plaintiff with a blank copy of the USM-285 form.
- **IT IS FURTHER ORDERED** that the Clerk of the Court shall issue Summons to Defendants Baca and Donat under seal, and deliver the same to the U.S. Marshal for service. Plaintiff shall have twenty days in which to furnish the U.S. Marshal with the

required Form USM-285 (with Defendants Baca's and Donat's addresses omitted). Within twenty days after receiving from the U.S. Marshal a copy of the Form USM-285, showing whether service has been accomplished, Plaintiff must file a notice with the court identifying whether Defendants Baca and Donat were served. If Plaintiff wishes to have service again attempted on an unserved defendant, a motion must be filed with the court identifying the unserved defendant and specifying a detailed name and/or address for said defendant, or whether some other manner of service should be attempted. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, service must be accomplished within 120 days from the date this order is entered.

- **IT IS FURTHER ORDERED** that Defendants Baca's and Donat's addresses shall remain sealed and shall not be provided to Plaintiff.

IT IS SO ORDERED.

DATED: December 11, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge