1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

RANDY JOHNSON,                                    )         Case No. 2:14-cv-01326-JCM-NJK
                                                  )
                    Plaintiff(s),                 )         ORDER
                                                  )
vs.                                               )         (Docket No. 50)
                                                  )
JAMES COX, et al.,                                )
                                                  )
                    Defendant(s).                 )
                                                  )

      Pending before the Court is a motion to vacate the deadline to file dispositive motions pending resolution of Defendants' motion to strike and pending settling of the pleadings more generally. *See* Docket No. 50.  For good cause shown, the motion is **GRANTED** and the deadline to file dispositive motions is **VACATED**.

      IT IS SO ORDERED.

      DATED: January 19, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge