# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RANDY JOHNSON, | Case No. 2:14-cv-01326-JCM-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket Nos. 44, 49) |
| JAMES COX, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to supplement the complaint and Defendants' motion to strike the second amended complaint. Docket Nos. 44, 49. The response to the motion to strike was due by January 18, 2016. To date, Plaintiff has failed to respond to the motion to strike. **Plaintiff shall file a response to that motion to strike no later than February 10, 2016.**

In addition, the Court hereby **SETS** a hearing on both the motion to strike and the motion to supplement the complaint for 2:00 p.m. on March 7, 2016, in Courtroom 3B. In light of Plaintiff being in prison, Defendants' counsel is further **INSTRUCTED** to coordinate with the undersigned's courtroom deputy, Ari Caytuero, to facilitate Plaintiff's telephonic appearance at the settlement conference. Mr. Caytuero can be reached at 702-464-5566. Defendant's counsel shall attend the hearing in person.

IT IS SO ORDERED.

DATED: January 27, 2016

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE