UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RANDY JOHNSON, | Case No. 2:14-cv-01326-JCM-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 43) |
| JAMES COX, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiff's third motion for appointment of counsel. Docket No. 43. Defendants filed a response in opposition. Docket No. 48. No reply has been filed. The Court finds this motion properly decided without oral argument. *See* Local Rule 78-2. For the reasons discussed below, the motion is hereby **DENIED**.

United States District Judge James C. Mahan previously denied Plaintiff's motions for appointment of counsel in this case. Docket No. 7 at 11 (denying motions at Docket Nos. 2, 6). As such, Plaintiff's motion is more properly framed as one seeking reconsideration. Motions for reconsideration are disfavored. *E.g.*, *Kabo Tools Co. v. Porauto Indus. Co.*, 2013 WL 5947138, *2 (D. Nev. Oct. 31, 2013) (citing *Japan Cash Mach. Co. v. Mei, Inc.*, 2008 U.S. Dist. Lexis 98778, *7 (D. Nev. Nov. 20, 2008)). "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence; (2) committed clear error or the initial decision was manifestly unjust; or (3) if

there is an intervening change in controlling law." *Kabo Tools*, 2013 WL 5947138, at *2 (quoting *Frasure v. United States*, 256 F. Supp. 2d 1180, 1183 (D. Nev. 2004)).

In this instance, Plaintiff argues that this is a complex case in which Plaintiff is not able to adequately present his claims. *See* Docket No. 43 at 2. These are the same considerations that were already presented to Judge Mahan,[1] and he rejected them. *See* Docket No. 7 at 11. Accordingly, it appears that the issues raised have already been resolved and Plaintiff provides no reason to reconsider the previous ruling.

The motion for reconsideration is therefore **DENIED**.

IT IS SO ORDERED.

DATED: January 27, 2016

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

---

[1] Indeed, it appears that the pending motion is identical to the motion previously filed, other than the date. *Compare* Docket No. 43 *with* Docket No. 2.

2