# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RANDY JOHNSON, | Case No. 2:14-cv-01326-JCM-NJK |
| Plaintiff(s), | ORDER |
| vs. | |
| JAMES COX, et al., | |
| Defendant(s). | |

The Court previously vacated the dispositive motion deadline pending the settling of the pleadings in this case. Docket No. 51. United States District Judge James C. Mahan has now issued an order settling the pleadings. *See* Docket No. 67 (adopting report and recommendation). As such, the Court SETS the dispositive motion deadline in this case for September 14, 2016.

IT IS SO ORDERED.

DATED: August 3, 2016

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE